JERRY E. B. SANTEE et al., as Administrators, etc., Respondents, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued June 25, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department in favor of plaintiff entered upon an order made October 24, 1885, which denied a motion for a new trial and ordered judgment upon verdict.

*A. S. Kendall* for appellant.

*Geo. N. Orcutt* for respondents.

Agree to affirm; no opinion.

All concur, except PARKER, J., dissenting, and BRADLEY, J., not sitting.

Judgment affirmed.

THE LAKE ONTARIO NATIONAL BANK, Respondent, *v.* DAVID H. JUDSON et al., Appellants.

(Argued June 26, 1890; decided October. 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 20, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

The principal question in the case was as to which party had the affirmative of the issue, and so the right to close the case. The referee decided that, under the pleadings, the plaintiff had that right, and POTTER, J., concurs with the referee. The majority of the court, however, hold this to be erroneous, but that, as plaintiff, on the trial, consented and offered to yield the privilege to the defendants, this cured the error and removed all ground of complaint.

*J. B. Higgins* for appellants.

*S. C. Huntington, Jr.,* for respondent.

POTTER, J., reads for affirmance.

All concur in the result, except FOLLETT, Ch. J., not sitting.

Judgment affirmed.